# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

UNITED STATES OF AMERICA

v.

SIEGFRIED DOUGLAS McGHEE

Case No:  8:02-cr-313-T-23TGW
USM No:  40549-018

Date Previous Judgment Signed: August 20, 2003

Defendant's Attorney: Tracy Dreispul, AFPD

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the defendant (Doc. 113) and the parties' stipulation (Doc. 117) under 18 U.S.C. § 3582(c)(2) for a reduction of the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u),

**IT IS ORDERED** that the motion (Doc. 113) is **GRANTED** and the stipulation (Doc. 117) is:

☐ DENIED.
☒ APPROVED, and the defendant's previously imposed term of imprisonment **IS REDUCED TO TIME SERVED PLUS TEN DAYS**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (prior to any departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 28 | Amended Offense Level: | 26 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 78 to 97 months | Amended Guideline Range: | 63 to 78 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the August 20, 2003, judgment shall remain in effect.

ORDERED in Tampa, Florida, on _____May 28th_____, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Effective Date: _____
(if different from order date)